SIEGMUND NATHAN, Appellant, *v.* SAMUEL W. F. DRAPER, as President of the NEW YORK TRANSFER COMPANY, Respondent.

*Nathan* v. *Woolverton*, 157 App. Div. 894, affirmed.
(Submitted June 11, 1915; decided July 13, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 3, 1913, affirming a judgment in favor of defendant entered upon a verdict directed by the court in an action for the breach of a contract of carriage. It alleges that on a date mentioned the defendant, for a consideration, agreed to carry the plaintiff's trunk to a given address; that the trunk was broken open by some person, not stated to be in the defendant's employ, and certain of the plaintiff's property unlawfully taken therefrom, to the plaintiff's damage $4,000. The answer put these facts in issue and set up as separate defenses: (1) An agreement limiting the defendant's liability; (2) that the goods in question do not constitute baggage, and (3) fraud committed by the plaintiff in failing to disclose to the defendant the fact that the trunk contained not baggage but merchandise, viz., about $13,000 worth of diamonds and jewelry, the plaintiff's stock in trade.

*Robert L. Turk* for appellant.

*Robert L. Redfield* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HIS-
COCK, CHASE, COLLIN, MILLER and CARDOZO, JJ.